# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| HOWARD R. BRADFIELD,<br><br>    Plaintiff,<br>v.<br><br>PROCOLLECT, INC.,<br><br>    Defendant. | Case No.  3:17-cv-02955-K<br><br>Honorable Judge Ed Kinkeade |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that pursuant to FRCP 41(a)(1)(A)(ii), the above- captioned action is hereby dismissed in its entirety with prejudice and without cost to any party.

Dated: March 7, 2018                                             Respectfully Submitted,

**HOWARD R. BRADFIELD**                         **PROCOLLECT, INC.**

/s/ Nathan C. Volheim                                     /s/ John W. Bowdich
Nathan C. Volheim                                          John W. Bowdich
*Counsel for Plaintiff*                                      *Counsel for Defendant*
Sulaiman Law Group, LTD                            Bowdich & Associates, PLLC
2500 S. Highland Avenue, Suite 200           10440 North Central Expressway, Suite 1540
Lombard, Illinois 60148                                Dallas, TX 75231
Phone: (630) 575-8181                                 Phone: (214) 307-9500
Fax :(630) 575-8188                                     jbowdich@bowdichlaw.com
nvolheim@sulaimanlaw.com